AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00555 |
|  | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 8/6/2021 |
| Benjamin Martin, | ) Description: COMPLAINT W/ ARREST WARRANT |
| (05/06/1978) | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_____ ,
(name of person to be arrested)
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
18 U.S.C. § 231(a)(3) - Obstructing Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstructing or Impeding an Official Proceeding.

Date: 08/06/2021

Digitally signed by G. Michael Harvey
Date: 2021.08.06 11:05:57 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.          G. Michael Harvey U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 8/6/21, and the person was arrested on (date) 9/2/21
at (city and state) MADERA, CA

Date: 9-2-21

*Arresting officer's signature*

CONNOR LEDBETTER, SPECIAL AGENT
*Printed name and title*