**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-cr-562-RC** |
| | : | |
| **BENJAMIN MARTIN,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

For good cause shown and for the reasons discussed at the Status Hearing held on this date, it is hereby ORDERED that the Order Setting Conditions of Release (ECF No. 9) be amended to include the following condition:

**The defendant must comply with the Criminal Protective Orders issued by the Fresno County Superior Court on January 11, 2019 and May 4, 2021.**

All other conditions of release shall remain unchanged.

Date: 10/19/2021

RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE