AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States *Plaintiff* v. Benjamin Martin *Defendant* | Case No. 1:21-cr-00562-RC-1 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Benjamin Martin.

Date:   03/25/2022

*Attorney's signature*

Hootan Baigmohammadi Cal Bar# 279105
*Printed name and bar number*

Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

*Address*

Hootan_Baigmohammadi@fd.org
*E-mail address*

(916) 498-5700
*Telephone number*

(916) 498-5710
*FAX number*