UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-cr-562-RC |
| BENJAMIN MARTIN, | : |
| Defendant. | : |

### ORDER MODIFYING CONDITIONS OF RELEASE

For good cause shown and for the reasons in Mr. Martin's Unopposed Motion to Modify Condition of Release filed on December 5, 2022, it is hereby ORDERED as follows.

1. The curfew condition that the Court ordered orally on the record at the February 18, 2022 Status Conference, which amended the Order Setting Conditions of Release (ECF no. 9, Condition 7(p)(ii)(home detention), shall be removed as a condition of release.

2. The GPS location monitoring condition (ECF no. 9, Condition 7(q)(iv)) shall be removed as a condition of release.

All other conditions shall remain unchanged.

Date: 12/13/2022

RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE