UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-562 (RC) |
| BENJAMIN MARTIN, | |
| Defendant. | |

## JOINT PRETRIAL STATEMENT

Pursuant to the Court's April 5, 2024, Scheduling Order (ECF No. 55), the parties submit the following joint pretrial statement:

### I. JOINT STATEMENT OF THE CASE

This is a criminal case entitled *United States v. Benjamin Martin*. The United States has charged Mr. Martin with violating six separate federal criminal laws arising out of events occurring at the United States Capitol on January 6, 2021. First, he is charged with committing an act or attempting to obstruct, impede, and interfere with law enforcement officers during a civil disorder, or aiding and abetting others in doing so. Second, he is charged with obstructing an official proceeding, or aiding and abetting others in doing so. Third, he is charged with unlawfully entering and remaining on restricted grounds of the U.S. Capitol. Fourth, he is charged with unlawfully engaging in disorderly and disruptive conduct on restricted grounds of the U.S. Capitol. Fifth, he is charged with disruptive or disorderly conduct in the U.S. Capitol Building or grounds. Sixth, he is charged with parading, demonstrating, or picketing in a Capitol Building. Mr. Martin denies each charge and has pleaded not guilty to all charges. The government has the burden of proving, beyond a reasonable doubt, that he is guilty of the offenses charged in the Indictment.

## II. ESTIMATE DURATION OF TRIAL

The parties anticipate a three-day trial, excluding jury selection.

## III. LIST OF EXPERT WITNESSES

The parties don't anticipate calling expert witnesses.

## IV. OUTSTANDING MOTIONS IN LIMINE

The parties have the following outstanding motions in limine:

- The government's Motion in Limine Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras (ECF No. 58)
- The government's Motion in Limine Regarding Cross-Examination of U.S. Secret Service Witness (ECF No. 59)
- The defendant's Motion in Limine to Preclude Embassy Suites Evidence (ECF No. 60)
- The defendant's Motion in Limine to Exclude Lindsay Graham Airport Video (ECF No. 60)
- The defendant's Motion in Limine to Exclude Telegram Discussion with Russ Taylor
- The defendant's Motion in Limine to Exclude Facebook Evidence (ECF No. 60)
- The defendant's Motion in Limine to Preclude Mr. Martin's Post-Arrest Statement About Growing Marijuana in His Home (ECF No. 60)
- The defendant's Motion in Limine to Exclude Gun Seizure and Mention of Related Federal Case (ECF No. 60)
- The defendant's Motion in Limine to Exclude Mr. Martin's Prior Conviction (ECF No. 60)

The defendants have not filed oppositions to any of the government's pending motions in limine.

## V. PROPOSED VOIR DIRE

The parties' proposed voir dire questions are attached as Exhibit 1.

## VI. PROPOSED JURY INSTRUCTIONS

The parties' proposed jury instructions are attached Exhibit 2.

## VII. LIST OF PRIOR CONVICTIONS (404(B) NOTICE)

The government does not intend to introduce evidence regarding the defendant's 2019 conviction for battery in violation of California Penal Code 243(e) in its case and chief. However, the government reserves the right to introduce evidence of the defendant's conviction and the

surrounding circumstances on cross examination if the need arises. The defendant is charged with participating in a violent riot at the U.S. Capitol. If the defendant testifies to a history of nonviolence, his conviction could constitute admissible impeachment evidence.

## VIII.  EXHIBIT LIST

The government's exhibit list is attached as Exhibit 3. A binder of the non-video exhibits and a flash drive with the government's video exhibits that the government intends to use at trial has been separately provided to the court. The defendant's exhibit list is attached as Exhibit 4 with the government's objections. Defendant's objections are provided in Exhibit 6.

## IX.  STIPULATIONS OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Benjamin Martin, with the concurrence of his attorney, agree and stipulate to the following:

### Stipulation #1: *Interstate Commerce*

The events that took place at the Capitol on January 6, 2021, did obstruct, delay, or adversely affect commerce or the movement of any article or commodity in commerce as those terms are used in Title 18, United States Code, Section 231(a)(3).  The term "commerce" means commerce (A) between any State or the District of Columbia and any place outside thereof; (B) between points within any State or the District of Columbia, but through any place outside thereof; or (C) wholly within the District of Columbia.

Under the Constitution, Congress has the exclusive power to enact laws for the District of Columbia.

### Stipulation #2: *Phone Extraction*

As part of this case, and as attested in Government Exhibit 400, Rule 902 Certification, the Federal Bureau of Investigation ("FBI"), through legal process seized and performed a digital forensic extraction of Benjamin Martin's cellular phone, Government **Exhibits 401-402**.

Regarding that cellular phone:

1. On August 25, 2021, the FBI obtained Mr. Martin's cellular phone and retained it as evidence in this case.

2. The FBI maintained proper chain of custody for Mr. Martin's cellular phone throughout the pendency of this case.

3. The FBI employed proper and reliable techniques to extract the data from Mr. Martin's cellular phone.

4. Government **Exhibits series 400** are accurate and authentic copies of digital content extracted from Mr. Martin's cellular phone.

**Stipulation #3: *Identity of the Defendant***

The following image depicts defendant Benjamin Martin, the individual circled in yellow, in and around the U.S. Capitol in Washington, D.C., on January 6, 2021:



Photos of Benjamin Martin at the U.S. Capitol on January 6, 2021

## X. JUDICIAL NOTICE

The parties are not requesting judicial notice of any matters at this time.

## XI. PROPOSED VERDICT FORM

A copy of the parties' proposed verdict forms are attached as Exhibit 5.

Respectfully submitted,

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| HEATHER E. WILLIAMS<br>Federal Defender<br>Eastern District of California<br>CA Bar Number 122664<br>Defendant | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052<br><br>/s/ *Alexander Diamond*<br>ALEXANDER M. DIAMOND<br>NY Bar No. 5684634<br>Assistant United States Attorney<br>District of Columbia<br>601 D St. NW<br>Washington, DC 20530<br>(202) 506-0427<br>Alexander.Diamond@usdoj.gov |
| /s/<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Eastern District of California<br>California Bar No. 279105<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>916-498-5700<br>Hootan_baigmohammadi@fd.org | |
| /s/<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Eastern District of California<br>California Bar No.<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>916-498-5710<br>douglas_beevers@fd.org | /s/ *Taylor L. Fontan*<br>TAYLOR L. FONTAN<br>IN Bar No. 35690-53<br>Assistant United States Attorney<br>District of Columbia<br>601 D St. NW<br>Washington, DC 20530<br>(202) 815-8597<br>Taylor.Fontan@usdoj.gov |