CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) <br>                     vs.    ) <br> Benjamin Martin          ) | Civil/Criminal No.: 21-562 (RC) |

## NOTE FROM JURY

A verdict has been reached, and we the jury are ready to give our verdict.

Date: 6/26/24

Time: 5:15

FOREPERSON

1717 HRS

6-26-2024

C/SO A. Ray