IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
v.                                 :      Case No.  21-cr-562
                                   :
BENJAMIN MARTIN                    :
                                   :
            Defendant.             :

## VERDICT FORM

### Count One

1.   How do you find Defendant Benjamin Martin on the charge of Civil Disorder or Aiding
     and Abetting, in violation of 18 U.S.C. § 231(a)(3)?

     _____ Not Guilty      _____✓_____ Guilty

### Count Two

2.   How do you find Defendant Benjamin Martin on the charge of Obstruction of an Official
     Proceeding or Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2)?

     _____ Not Guilty      _____✓_____ Guilty

### Count Three

3.   How do you find Defendant Benjamin Martin on the charge of Entering or Remaining in
     a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1)?

     _____ Not Guilty      _____✓_____ Guilty

### Count Four

4.   How do you find Defendant Benjamin Martin on the charge of Disorderly or Disruptive
     Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2)?

     _____ Not Guilty      _____✓_____ Guilty

orig

**Count Five**

5.      How do you find Defendant Benjamin Martin on the charge of Disorderly or Disruptive
Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D)?

_____ Not Guilty        _____✓_____ Guilty

**Count Six**

6.      How do you find Defendant Benjamin Martin on the charge of Parading, Demonstrating,
or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)?

_____ Not Guilty        _____✓_____ Guilty

Dated: _6/26/24_                          ████████████████████████

                                          Signature of Foreperson

2