**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-cr-562 (RC)** |
| **BENJAMIN MARTIN** | |
| **Defendant.** | |

**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental sentencing memorandum. As described in the government's response to the Defendant's sentencing memorandum (ECF No. 112), on December 4, 2024, the Eastern District of California issued a judgment which increased the 1 criminal history point originally attributed to the Defendant's 18 U.S.C. § 922(g) conviction to 3 criminal history points. U.S.S.G. § 4A1.1(a). The government calculates a total offense level of 14 and criminal history category of III. Therefore, the government's revised guidelines range is 21-27 months incarceration. Given the revised criminal history category, for the same reasons explained in the government's sentencing memorandum, in order to impose a just and fair sentence in this case, the Court should either (1) impose an upward departure pursuant to U.S.S.G. § 5K2.7, resulting in a sentence of 33 months' imprisonment, or (2) vary upwards six months to sentence Martin to 33 months' imprisonment.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:    /s/ Taylor L. Fontan
TAYLOR L. FONTAN
IN Bar No. 35690-53
Assistant United States Attorney

District of Columbia
601 D St. NW
Washington, DC 20530
(202) 815-8597
Taylor.Fontan@usdoj.gov